# UNITED STATES DISTRICT COURT
## District of Minnesota

Vedat Cetin,

Petitioner,

v.

Pamela Bondi, Daren K. Margolin, Executive Office for Immigration Review, Kristi Noem, Department of Homeland Security, Todd M. Lyons, Immigration and Customs Enforcement, David Easterwood, Eric Tollefson,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 25-cv-4642 JWB/DTS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner Vedat C.'s petition for a writ of habeas corpus (Doc. No. 1) is **GRANTED**.
2. Respondents shall immediately release Petitioner from custody, subject to the conditions of his December 1, 2024 Order of Release on Recognizance.
3. Respondents shall confirm Petitioner's release within 48 hours from the date of this Order.
4. Respondents may not re-detain Petitioner under a statutory theory this Court has rejected in this proceeding absent materially changed circumstances.
5. Petitioner's other claims are not reached.

Date: 12/22/2025

KATE M. FOGARTY, CLERK